No. 11–10188.  WYATT v. UNITED STATES, 566 U. S. 1043.  Petition for rehearing denied.  JUSTICE KAGAN took no part in the consideration or decision of this petition.